**Kenneth M. CARPENTER, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7407.

United States Court of Appeals, Federal Circuit.

July 9, 2003.

## ORDER

Upon consideration of Kenneth M. Carpenter's unopposed motion to voluntarily dismiss his appeal.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.